UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __12-16-19__

---

JOSEPH GUGLIELMO, on behalf of himself and
all others similarly situated,

          Plaintiff,

          v.

MITCHELL SIMONE, LLC,

          Defendant.

: **Case No. 1:19-cv-10607**

: CIVIL ACTION

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's

attorney, that whereas no party hereto is an infant, incompetent person for whom a committee

has been appointed or conservatee, and no person not a party has an interest in the subject matter

of the action, that the above entitled action against Defendant shall be and hereby is dismissed

with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party

pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of

dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: December 13, 2019

Respectfully Submitted,

**SO ORDERED:**

_____
U.S.D.J.

The Clerk is directed
10/13/19. + close this case.
so ordered.
        6/Csch/ U.S.D. J.

*/s/Russel Craig Weinrib*
Russel Craig Weinrib
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
rweinrib@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501

*Attorneys for Plaintiff*

## **Certificate of Service**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 13th day of December, 2019          Respectfully Submitted,

*/s/ Russel Craig Weinrib*
Russel Craig Weinrib